**EXECUTION COPY**

SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC:
DATE FILED: 3-29-22

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re

CUSTOMS AND TAX ADMINISTRATION OF THE
KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX REFUND
SCHEME LITIGATION

This document relates to case no. 18-cv-09515.

MASTER DOCKET

18-md-2865 (LAK)

## [PROPOSED] CONSENT JUDGMENT

WHEREAS, on June 14, 2018, plaintiff Skatteforvaltningen ("SKAT")

commenced this action against defendants Bluegrass Investment Management, LLC Retirement

Plan ("BGIM Plan"), and Bernard Tew, and on April 24, 2020, SKAT filed an amended

complaint against the defendants (the foregoing collectively hereinafter referred to as the

"Action");

WHEREAS, SKAT and defendant BGIM Plan now wish to resolve all the claims SKAT

asserted in the Action against BGIM Plan;

NOW THEREFORE, without trial or adjudication of issue of fact or law, and upon

BGIM Plan's consent, the Court finds that there is good and sufficient cause to enter this

Consent Judgment, and that IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED

THAT:

1.       This Consent Judgment is hereby entered in favor of plaintiff SKAT against

defendant BGIM Plan in the amount of $2,514,000 (US); and

2.       Defendant BGIM Plan shall be liable to pay the amount set forth in paragraph 1.

3.       Each party shall bear its own attorneys' fees and costs.

23

61789524_1

**EXECUTION COPY**

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain

jurisdiction of this matter for the purposes of enforcing the terms of this Consent Judgment.

Dated: New York, New York
      June _7_, 2021

By: _____

HUGHES HUBBARD & REED LLP
Marc A. Weinstein
Neil J. Oxford
Dustin P. Smith
One Battery Park Plaza
New York, New York 10004-1482
Telephone: (212) 837-6000
Fax: (212) 422-4726
marc.weinstein@hugheshubbard.com
neil.oxford@hugheshubbard.com
dustin.smith@hugheshubbard.com

*Counsel for Plaintiff Skatteforvaltningen*
*(Customs and Tax Administration of the*
*Kingdom of Denmark)*

By: _____

SEWARD & KISSEL LLP
Mark J. Hyland
Thomas Ross Hooper
One Battery Park Plaza
New York, New York 10004
Tel: (212) 574-1200
Fax: (212) 480-8421
hyland@sewkis.com
hooper@sewkis.com

*Counsel for Bluegrass Investment*
*Management, LLC Retirement Plan*

SO ORDERED:

_____

Lewis A. Kaplan
United Stated District Judge

24

61789524_1

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain

jurisdiction of this matter for the purposes of enforcing the terms of this Consent Judgment.

Dated: New York, New York
June 7, 2021

By:_____          By: _Mark J. Hyland_

HUGHES HUBBARD & REED LLP          SEWARD & KISSEL LLP
Marc A. Weinstein                  Mark J. Hyland
Neil J. Oxford                     Thomas Ross Hooper
Dustin P. Smith                    One Battery Park Plaza
One Battery Park Plaza             New York, New York 10004
New York, New York 10004-1482      Tel: (212) 574-1200
Telephone: (212) 837-6000          Fax: (212) 480-8421
Fax: (212) 422-4726                hyland@sewkis.com
marc.weinstein@hugheshubbard.com   hooper@sewkis.com
neil.oxford@hugheshubbard.com
dustin.smith@hugheshubbard.com     *Counsel for Bluegrass Investment*
                                   *Management, LLC Retirement Plan*
*Counsel for Plaintiff Skatteforvaltningen*
*(Customs and Tax Administration of the*
*Kingdom of Denmark)*

SO ORDERED:

_____
Lewis A. Kaplan
United Stated District Judge

3/29/22