# Exhibit 4

# Exhibit 4



ELYSIUM-06020028